1  BENJAMIN WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

FILED

AUG 16 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED ARREST WARRANT, COMPLAINT, AND SUPPORTING AFFIDAVIT | CASE NO. 2:07-MJ-0372 DAD<br><br>ORDER RE: REQUEST TO UNSEAL ARREST WARRANT, COMPLAINT, AND SUPPORTING AFFIDAVIT |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant, complaint, and supporting affidavit in the above-captioned proceeding be and are hereby unsealed.

DATED: Aug 15, 2012

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Court Judge